# Court of Appeals
# of the State of Georgia

ATLANTA,   November 06, 2015

*The Court of Appeals hereby passes the following order:*

**A16A0295.  SHERI REDDICKS v. EAST GEORGIA REGIONAL MEDICAL CENTER, LLC d/b/a EAST GEORGIA REGIONAL MEDICAL CENTER.**

East Georgia Regional Medical Center, LLC, sued Sheri R. Reddicks, seeking to recover payment for medical services.  The trial court entered a judgment in the plaintiff's favor in the amount of $1,9521.61.  Reddicks then filed this direct appeal.

We lack jurisdiction.  Where a money judgment in an action for damages totals $10,000.00 or less, a party must follow the discretionary appeal procedures to obtain appellate review.  See OCGA § 5-6-35 (a) (6).  Because Reddicks failed to follow the required procedure, her appeal is hereby DISMISSED for lack of jurisdiction. See *Hill v. Rose Electric Co.*, 220 Ga. App. 603 (469 SE2d 844) (1996).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*   11/06/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*